**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**Albany Division**

NORFOLK SOUTHERN RAILWAY COMPANY,

          *Plaintiff,*

    v.

VILLAGE OF VOORHEESVILLE; RICHARD STRAUT, in his official capacity of Mayor; STEVE MASON, in his official capacity as Code Enforcement Officer and Building Inspector;

          *Defendants.*

Civil Action No.

1:25-cv-1413-BKS-PJE

**CERTIFICATE OF SERVICE BY EMAIL**

| | |
|---|---|
| State of New York | : |
| | SS : |
| County of Erie: | : |

    I, John J. Jablonski, hereby certify that I am the attorney for Plaintiff herein and that I served a copy of the following documents:

- Summons issued to Village of Voorheesville; dated October 10, 2025;
- Summons issued to Steve Mason; dated October 10, 2025;
- Summons issued to Richard Straut; dated October 10, 2025; and
- Complaint, with exhibits A-E and Civil Cover Sheet

on:

Richard Reilly, Esq.
Gleason, Dunn, Walsh & O' Shea
300 Great Oaks Blvd., Suite 321
Albany, NY 12203
rreilly@gdwo.net

by emailing a true and correct copy of said documents via email of Richard Reilly, Esq., attorney for Defendants, at rreilly@gdwo.net on October 10, 2025. Mr. Reilly consented to this method of service on behalf of all Defendants.

    I certify that the foregoing is true and correct.

Dated: October 28, 2025

                                  **GERBER CIANO KELLY BRADY LLP**

                                  */s/ John J. Jablonski*
                                  John J. Jablonski (Bar Roll No. 510921)
                                  *Attorney for Plaintiff*
                                  *Norfolk Southern Railway Company*
                                  599 Delaware Avenue, Suite 100
                                  Buffalo, NY 14202
                                  Tel: (716) 313-2082
                                  jjablonski@gerberciano.com