UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| NORFOLK SOUTHERN RAILWAY COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>VILLAGE OF VOORHEESVILLE; RICHARD STRAUT, in his official capacity as Mayor; STEVE MASON, in his official capacity as Code Enforcement Officer and Building Inspector,<br><br>*Defendants.* | No. 1:25-cv-1413-BKS-PJE<br><br>**[PROPOSED]<br>ORDER TO SHOW CAUSE<br>SEEKING A PRELIMINARY<br>INJUNCTION** |

Upon reading the Declaration of Will Graham, dated October 27, 2025; Declaration of Scott Plum, dated October 27, 2025; Declaration of John J. Jablonski, Esq., dated October 29, 2025; the accompanying Memorandum of Law in support; and Plaintiff's Complaint, and sufficient cause being shown and it appearing to the satisfaction of the Court that this application is properly made by Order to Show Cause, it is hereby:

**ORDERED** that, pursuant to the Federal Rules of Civil Procedure (FRCP), Rule 65, Defendants Village of Voorheesville; Richard Straut, in his official capacity as Mayor; and Steve Mason, in his official capacity as Code Enforcement Officer and Building Inspector; show cause before this Court, to be held at the Courthouse located at the James T. Foley Courthouse, Suite 509, 445 Broadway, Albany, New York 12207 on the ___ day of _____, 2025, at _____ a.m./p.m. of that day, or as soon thereafter as counsel may be heard, why Plaintiff's Motion for Preliminary Injunction enjoining Defendants from enforcing a federally preempted stop-work order issued by the Village of Voorheesville, New York, improperly forbidding construction work on a new crew change facility on Plaintiff's property (used for interstate commerce as a Class I railroad) in Voorheesville, New York, should not be granted; and it is further

**ORDERED** that, sufficient reason appearing therefore, service on Defendants of a copy of this Order to Show Cause and the papers upon which it is based, by electronic mail to Defendants' counsel Jack Calareso, Esq. on or before _____, 2025, shall be deemed good and sufficient service therefore; and it is further

**ORDERED** that opposition papers, if any, shall be served by Defendants upon the Court and Plaintiff's counsel, so as to be received no later than _____, 2025; and it is further

**ORDERED** that reply papers, if any, shall be served by Plaintiff upon the Court and Defendants' counsel, on or before _____, 2025.

**ORDERED** that counsel for Plaintiff and Defendants, shall appear for oral argument on the Motion for Preliminary Injunction on _____, 2025 at \_\_\_\_\_ a.m./p.m.

Dated: _____, 2025

                                            **ENTER:**

_____
**Hon. Brenda K. Sannes**
**Chief U.S. District Judge**