# EXHIBIT A

 Outlook

**Re: [External] RE: Norfolk Southern Railway Company v. Village of Voorheesville, et al.**

| | |
|---|---|
| **From** | John J. Jablonski <jjablonski@gerberciano.com> |
| **Date** | Wed 10/29/2025 1:03 PM |
| **To** | Jack Calareso <jcalareso@gdwo.net> |
| **Cc** | 'Loss-Eaton, Tobias' <tlosseaton@sidley.com>; David Johnson <djohnson@gerberciano.com>; Heather Hayne <hhayne@gerberciano.com>; Rich Reilly <rreilly@gdwo.net>; Katy Bobel <kbobel@gdwo.net> |

Jack,

Thank you for confirming receipt.

11:00 am tomorrow works to discuss a briefing schedule.

We will go ahead and file the proposed Order to Show Cause, with supporting documents, and include this email string with my Declaration. I will send you a copy of the filed documents as well as any text orders (until such time as you formally appear in the action).

Regards,

- John



John Jablonski
Managing Partner
**Gerber Ciano Kelly Brady LLP**
Direct/Text: 716.313.2082
Fax: 646.350.1901
jjablonski@gerberciano.com
www.gerberciano.com

**Visit Us/FedEx/UPS**
599 Delaware Avenue Suite 100
Buffalo, NY  14202

**WE THINK GREEN**
All mail securely processed
at our US Mail location:
Gerber Ciano Kelly Brady LLP
PO Box 1060
Buffalo, NY 14201

New York  Connecticut  Pennsylvania  New Jersey  London

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you received this email in error please notify the sender immediately and delete this email.*

**From:** Jack Calareso <jcalareso@gdwo.net>
**Sent:** Wednesday, October 29, 2025 12:45 PM
**To:** John J. Jablonski <jjablonski@gerberciano.com>

**Cc:** 'Loss-Eaton, Tobias' <tlosseaton@sidley.com>; David Johnson <djohnson@gerberciano.com>; Heather Hayne <hhayne@gerberciano.com>; Rich Reilly <rreilly@gdwo.net>; Katy Bobel <kbobel@gdwo.net>
**Subject:** [External] RE: Norfolk Southern Railway Company v. Village of Voorheesville, et al.

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

John,

Confirming receipt of your email. Thank you.

I am tied up in a mediation today, but can speak tomorrow morning any time between 9:30 and 11:30AM. Please let me know what works for you within that window.

Alternatively, I have availability Friday afternoon between 12 and 2PM.

**Jack Calareso**
Gleason Dunn Walsh & O'Shea
300 Great Oaks Boulevard, Suite 321
Albany, New York 12203
Tel. 518-801-0076
jcalareso@gdwo.net

**This e-mail may contain CONFIDENTIAL INFORMATION which may also be LEGALLY PRIVILEGED and which is intended only for the use of the addressee(s) named.  If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any reliance upon or dissemination or copying of this e-mail is prohibited.  If you have received this e-mail in error, please notify me by telephone immediately and delete the original. Thank you.**

---

**From:** John J. Jablonski <jjablonski@gerberciano.com>
**Sent:** Wednesday, October 29, 2025 10:17 AM
**To:** Jack Calareso <jcalareso@gdwo.net>
**Cc:** 'Loss-Eaton, Tobias' <tlosseaton@sidley.com>; David Johnson <djohnson@gerberciano.com>; Heather Hayne <hhayne@gerberciano.com>; Rich Reilly <rreilly@gdwo.net>
**Subject:** Re: Norfolk Southern Railway Company v. Village of Voorheesville, et al.

Jack:

I am following up on my phone call and correspondence of yesterday.

Attached is a proposed Order to Show Cause and supporting papers. I would like to meet and confer about an expedited briefing schedule in anticipation of the parties being asked by the Court to agree to one.

In light of the relief requested, please contact me via email or phone before 3 pm today to set a time to discuss.

We intend to file the proposed Order to Show Cause and supporting papers today after 3 pm. This email is to put you and your clients on notice of our intent to do so.

Regards,

John



John Jablonski
Managing Partner
**Gerber Ciano Kelly Brady LLP**
Direct/Text: 716.313.2082
Fax: 646.350.1901
jjablonski@gerberciano.com
www.gerberciano.com

**Visit Us/FedEx/UPS**

599 Delaware Avenue Suite 100
Buffalo, NY  14202

**WE THINK GREEN**

All mail securely processed

at our US Mail location:

Gerber Ciano Kelly Brady LLP

PO Box 1060

Buffalo, NY 14201

New York  Connecticut  Pennsylvania  New Jersey  London

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you received this email in error please notify the sender immediately and delete this email.*

---

**From:** John J. Jablonski <jjablonski@gerberciano.com>
**Sent:** Tuesday, October 28, 2025 2:29 PM
**To:** Jack Calareso <jcalareso@gdwo.net>
**Subject:** Norfolk Southern Railway Company v. Village of Voorheesville, et al.

Jack:

I just left you a voicemail message.  I would like to speak with you to meet and confer about a preliminary matter at your earliest convenience.

I can schedule a time today or tomorrow if that works better for your schedule.

Otherwise, please call me at the number below or my cell phone at 716.800.7800.

Regards,

John



John Jablonski
Managing Partner
**Gerber Ciano Kelly Brady** LLP
Direct/Text: <u>716.313.2082</u>
Fax: <u>646.350.1901</u>
<u>jjablonski@gerberciano.com</u>
<u>www.gerberciano.com</u>

**Visit Us/FedEx/UPS**

599 Delaware Avenue Suite 100
Buffalo, NY  14202

**WE THINK GREEN**

All mail securely processed

at our US Mail location:

Gerber Ciano Kelly Brady LLP

PO Box 1060

Buffalo, NY 14201

New York  Connecticut  Pennsylvania  New Jersey  London

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you received this email in error please notify the sender immediately and delete this email.*