**John J. Jablonski, Esq.**
Managing Partner

**Direct Dial/Text**
716.313.2082

**Fax**
646.350.1901

**Email:**
jjablonski@gerberciano.com

**US Mail:**
PO Box 1060
Buffalo, New York 14201

**Visit Us/FedEx/UPS:**
599 Delaware Ave., Suite 100
Buffalo, New York 14202

## GERBER CIANO KELLY BRADY LLP

November 5, 2025

**(Via ECF Only)**
Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse NY 13261-7336

        **RE:**   **Norfolk Southern Railway Company v. Village of
                Voorheesville, et al.
                Case No.: 25-cv-01413**

Dear Judge Brenda K. Sannes:

      We are writing to report that the parties have been unable to resolve the dispute set forth in plaintiff's Order to Show Cause motion for a Preliminary Injunction ("OTSC"). Defendants intend to oppose the OTSC pursuant to the schedule set forth in the Court's minute entry dated October 30, 2025.

      Very Truly Yours,

      John J. Jablonski

CC via ECF:   Jack Calareso, Jr., Esq.
               Kathryn Daniels Bobel, Esq.
               Tobias S. Loss-Eaton, Esq.
               David Johnson, Esq.