# EXHIBIT A



- Approximate location of NS crew change facility near School Road – Eastbound crew changes
- School Road grade crossing ~ MP VR 11.50
- Approximate location of NS crew change pad near Hennessey Road – Westbound crew changes
- Hennessey Road grade crossing ~ MP VR 13.01

Track distance between School Road & Hennessey Road ~ 7,900 feet

NS to Delanson

CSX To Selkirk

NS is providing this document as a courtesy and for information purposes only. Because NS railroad operations are under the exclusive jurisdiction of the STB, this document does not constitute any representation or warranty with respect to NS operations.

