**John J. Jablonski, Esq.**
Managing Partner

**Direct Dial/Text**
716.313.2082

**Fax**
646.350.1901

**Email:**
jjablonski@gerberciano.com

**GERBER CIANO KELLY BRADY LLP**

**US Mail:**
PO Box 1060
Buffalo, New York 14201

**Visit Us/FedEx/UPS:**
599 Delaware Ave., Suite 100
Buffalo, New York 14202

December 24, 2025

**(Via ECF Only)**
Hon. Magistrate Judge Paul J. Evangelista
U.S. District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

        **RE:**    **Norfolk Southern Railway Company v. Village of Voorheesville, et al.**
              **Case No.: 25-cv-01413**

Dear Hon. Magistrate Judge Evangelista:

    Our office represents plaintiff, Norfolk Southern Railway Company ("Norfolk Southern"), in connection with the above-mentioned matter. Per the Filing Order (Docket No. 3) mandatory disclosures are to be exchanged on or before January 7, 2026 and an initial in-person Rule 16 conference is currently scheduled for January 14, 2026 at 9:30 AM.

    We are writing to respectfully request a general adjournment of the deadline for Mandatory Disclosures and the Rule 16 conference.

    The parties held a meet and confer on December 22, 2025 between the undersigned, on behalf of Norfolk Southern, and Jack Calareso, on behalf of defendants. The parties agree that a general adjournment of the Mandatory Disclosures deadline and the Rule 16 conference best serves the needs of the case for the following reasons:

    1. Third-Party Defendant, JC Pops Industrial Park, LLC, has been granted an extension of time by third-party plaintiff to respond to the third-party complaint on or before January 4, 2026;

    2. Briefing of Norfolk Southern's Motion to Dismiss (Docket No. 24) will be completed on January 23, 2025 (which is after the currently scheduled conference); and

3. Norfolk Southern intends to file a motion for summary judgment on its claims by mid-January 2026.

As a result, the parties respectfully request a general adjournment of the Mandatory Disclosures deadline and the Rule 16 conference, as the matter is not ripe for Mandatory Disclosures, and discussions regarding initial discovery and case scheduling.

In the alternative, and if the Court desires a date certain in the future, we respectfully request a new Mandatory Disclosures deadline and Rule 16 conference date that are more than ninety (90) days from the current dates.

Respectfully submitted,

John J. Jablonski

CC via ECF:   Jack Calareso, Jr., Esq.
Kathryn Daniels Bobel, Esq.
Tobias S. Loss-Eaton, Esq.
David Johnson, Esq.