

## GLEASON, DUNN, WALSH & O'SHEA
**Attorneys at Law**

300 Great Oaks Blvd.
Suite 321
Albany, NY 12203
(p) 518 432 7511 (f) 518 432 5221

Jack P. Calareso, Principal
Telephone: 518 432 7511 x7576
jcalareso@gdwo.net
www.gdwo.com

December 30, 2025

**Via CM/ECF**
Hon. Paul J. Evangelista
U.S. District Court
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

Re:   *Norfolk Southern Railway Company v. Village of Voorheesville, et al. v. JC Pops Industrial Park, LLC*
N.D.N.Y. Civil Action No. 1:25-cv-01413 (BKS/PJE)

Dear Judge Evangelista,

This firm represents the defendants, the Village of Voorheesville, Richard Straut, and Steve Mason (collectively, "Defendants"), in the above-referenced action. As this Court is aware, the Village of Voorheesville ("Village") alleged Counterclaims against Norfolk Southern Railway Company ("Plaintiff"), and commenced a third-party action against JC Pops Industrial Park, LLC ("Third-Party Defendant") in its Amended Answer (Dkt. No. 22).

I write to respectfully submit this Notice of Voluntary Dismissal of all of the Village's Counterclaims and Third-Party Claims pursuant to Rule 41 of the Federal Rules of Civil Procedure. As neither an answer nor motion for summary judgment has been filed in response to the Village's Counterclaims against Plaintiff, or the Village's Third-Party Claims against Third-Party Defendant, the Village is entitled to voluntarily dismiss its claims without prejudice by notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is our understanding that the filing of this Notice of Voluntary Dismissal automatically terminates the Village's Counterclaims and Third-Party Claims without further involvement from the Court. Please advise me if the Court requires any further submission from Defendants to achieve this objective.

Respectfully submitted,

Jack P. Calareso

JPC/

cc:   Via ECF
John J. Jablonski, Esq.
David P. Johnson, Esq.
Tobias S. Loss-Eaton, Esq.
Jacob P. Wheeler, Esq.